The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., | No. 15-cv-01553-RSL |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| ARKON RESOURCES, INC., | |
| Defendant. | |

THIS MATTER came before the Court on Defendant Arkon Resources, Inc.'s ("Arkon") Motion to Seal the following materials submitted in support of its Opposition to Plaintiff's Motions in Limine:

(1) Exhibit O to the Declaration of Marc Karish ("Karish Declaration"), which are detailed income and cost statements from Arkon's computerized accounting system;

(3) Exhibit P to the Karish Declaration, which is an excerpt from the deposition transcript of the deposition of Arkon's officer Steve Hull

The Court has fully considered the records and files herein, including Arkon's Motion to Seal, and the declaration filed in support thereof.

The parties have conferred pursuant to LCR 5(g), and Plaintiff National Products, Inc. does not oppose the Motion to Seal.

The Court, having considered the papers submitted in support of the Motion to Seal, HEREBY ORDERS that Arkon's Motion to Seal is **GRANTED**.

ORDER GRANTING MOTION TO SEAL - 1

Karish & Bjorgum, P.C.
119 E. Union Street, Suite B
Pasadena, California 91103
213.785.8070

Case 2:15-cv-01553-RSL Document 105-1 Filed 04/12/17 Page 2 of 2

DATED this 18th day of April, 2017.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

KARISH & BJORGUM PC

By: s/ Marc Karish
Marc Karish, (admitted pro hac vice)
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Email: marc.karish@kb-ip.com

RIDDELL WILLIAMS P.S.

By: s/ James E. Breitenbucher
Jayson W. Sowers, WSBA #27618
James E. Breitenbucher, WSBA #27670
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
Telephone: (206) 624-3600
Email: jsowers@riddellwilliams.com
jbreitenbucher@riddellwilliams.com

Attorneys for Defendant Arkon Resources, Inc.

ORDER GRANTING MOTION TO SEAL - 2

Karish & Bjorgum, P.C.
119 E. Union Street, Suite B
Pasadena, California 91103
213.785.8070