UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS, INC.,

    Plaintiff,

v.

ARKON RESOURCES, INC.,

    Defendant.

No. C15-1553RSL

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO SEAL

This matter comes before the Court on plaintiff's "Motion to Seal Documents Related to National Products Inc.'s Motions in Limine." Dkt. # 94. Plaintiff relied on confidential information from defendant regarding pricing, sales, costs, customers, and suppliers in support of its motions in limine. Having now reviewed the precise information on which plaintiff relies in the context of previous disclosures, defendant has determined that the information contained in Exhibit 36 is not confidential but requests that the rest of the information remain under seal.

Plaintiff's motion to seal is GRANTED in part. The Clerk of Court shall unseal Dkt. # 100-9. The remainder of Dkt. # 100 shall remain under seal.

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO SEAL

1     DATED this 21st day of April, 2017.

2

3                               */s/ Robert S. Lasnik*

4                               Robert S. Lasnik
                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO SEAL                  -2-