UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS, INC.,

    Plaintiff,

v.

ARKON RESOURCES, INC.,

    Defendant.

No. C15-1553RSL

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO SEAL

This matter comes before the Court on plaintiff's "Motion to Seal Documents Related to National Products Inc.'s Opposition to Arkon Resources, Inc.'s Motions in Limine." Dkt. # 104. Plaintiff relied on confidential information from both parties when opposing Arkon's motions in limine. In its motion, plaintiff shows that the sales, customer, and financial data included in Exhibit E to the Ware Declaration is highly confidential and proprietary. Plaintiff takes no position on the whether the documents designated as confidential by Arkon should remain sealed, however. Arkon has not responded to this motion or made any attempt to show that its interests in confidentiality outweigh the public's right of access to its documents.

For all of the foregoing reasons, the motion to seal is GRANTED in part. The unredacted version of plaintiff's opposition memorandum (Dkt. # 110) and Exhibit E to the Declaration of

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO SEAL

Jeffrey A. Ware (Dkt. # 112-4) shall remain under seal. The Clerk of Court is directed to unseal Exhibits A, B, and C to the Declaration of Jeffrey A. Ware (Dkt. # 112-1, # 112-2, and # 112-3).

Dated this 26th day of April, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge