UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
NATIONAL PRODUCTS, INC., )
) No. C15-1553RSL
Plaintiff, )
v. ) ORDER DENYING PLAINTIFF'S
) MOTION TO SEAL
ARKON RESOURCES, INC., )
)
Defendant. )
_____)

This matter comes before the Court on plaintiff's "Motion to Seal Documents Related to its Reply in Support of its Motions in Limine." Dkt. # 117. Although plaintiff is the moving party, it takes no position on the whether the documents designated as confidential by Arkon should remain sealed. Arkon has not responded to this motion.

"There is a strong presumption of public access to the court's files," and the party who designates a document as confidential must identify "the applicable legal standard and the reasons for keeping a document." LCR 5(g). In its motion, National Products simply notes that the documents were designated as confidential during discovery. Neither plaintiff nor Arkon has attempted to justify the designation or the proposed seal. A party's unilateral designation of a document as "confidential" does not, in and of itself, establish the necessary showing under LCR 5(g). In the absence of any discussion regarding the actual confidentiality of the information, the

ORDER DENYING PLAINTIFF'S
MOTION TO SEAL

possible implications of public disclosure, and the public's interest in access to these records, the Court will not assume that a seal is justified.

For all of the foregoing reasons, the motion to seal (Dkt. # 117) is DENIED. The Clerk of Court is directed to unseal Dkt. # 118.

Dated this 11th day of May, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge