The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARKON RESOURCES, INC., <br><br> Defendant. | No. 15-cv-01553-RSL <br><br> [~~PROPOSED~~] <br> **ORDER GRANTING MOTION TO SEAL** |

THIS MATTER came before the Court on Defendant Arkon Resources, Inc.'s ("Arkon") Motion to Seal the following materials submitted in support of its Motions In Limine and Reply In Support of Arkon's Motions In Limine:

Exhibit G to the Declaration of Marc Karish, which is the expert report of Drew Voth.

The Court has fully considered the records and files herein, including Arkon's Motion to Seal, and the declaration filed in support thereof.

The parties have conferred pursuant to LCR 5(g), and Plaintiff National Products, Inc. does not oppose the Motion to Seal.

ORDER GRANTING MOTION TO SEAL - 1

**Karish & Bjorgum, P.C.**
119 E. Union Street, Suite B
Pasadena, California 91103
213.785.8070

1  The Court, having considered the papers submitted in support of the Motion to Seal,

HEREBY ORDERS that Arkon's Motion to Seal is **GRANTED**.

DATED this 11th day of ~~April~~ May, 2017.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

KARISH & BJORGUM PC

By: s/ Marc Karish
    Marc Karish, (admitted pro hac vice)
    119 E. Union Street, Suite B
    Pasadena, CA 91103
    Telephone: (213) 785-8070
    Email:   marc.karish@kb-ip.com

RIDDELL WILLIAMS P.S.

By: s/ James E. Breitenbucher
    Jayson W. Sowers, WSBA #27618
    James E. Breitenbucher, WSBA #27670
    1001 Fourth Avenue, Suite 4500
    Seattle, WA 98154-1192
    Telephone: (206) 624-3600
    Email:   jsowers@riddellwilliams.com
    jbreitenbucher@riddellwilliams.com

Attorneys for Defendant Arkon Resources, Inc.

ORDER GRANTING MOTION TO SEAL - 2
4833-9103-3146.01
041417/2212/65894.00001

Karish & Bjorgum, P.C.
119 E. Union Street, Suite B
Pasadena, California 91103
213.785.8070