# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| NATIONAL PRODUCTS, INC., | Case No. C15-1553-JPD |
|---|---|
| Plaintiff, | ORDER ON DEPOSITION OBJECTIONS |
| v. | |
| ARKON RESOURCES, INC., | |
| Defendant. | |

For the benefit of the parties, the Court ORDERS as follows:

**1.      Deposition of Aaron Roth.**

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 18, Lines 17-25 | | X |
| Page 19, Lines 1-6 | | X |
| Page 20, Lines 5-6 | | X |
| Page 21, Line 2 | | X |
| Page 21, Lines 21-24 | X | |
| Page 22, Lines 1-2 | X | |
| Page 47, Lines 5-9 | | X |
| Page 48, Lines 19-25 | | X |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 49, Lines 1-2 | | X |
| Page 50, Lines 8-13 | | X |
| Page 57, Lines 19-20 | | X |
| Page 58, Lines 12-22 | | X |
| Page 66, Lines 2-8 | | X |
| Page 68, Lines 11-14 | | X |
| Page 69, Lines 21-23 | | X |
| Page 73, Lines 21-25 | | X |
| Page 74, Lines 1-14 | | X |
| Page 79, Lines 21-25 Page 80, Line 1 | | X |
| Page 81, Lines 23-25 Page 82, Lines 1-2 | X | |
| Page 83, Lines 10-22 | X | |
| Page 91, Lines 23-25 Page 92, Lines 1-25 | | X |
| Page 93, Lines 2-12 | | X |
| Page 97, Lines 9-11 | | X |

2. **Deposition of Paul Brassard.**

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 18, Line 6-13 | | X |
| Page 18, Lines 14-25 | | X |
| Page 19, Lines 1-5 | | X |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 19, Lines 7-12 | | X |
| Page 19, Lines 13-21 | | X |
| Page 23, Lines 1-21 | | X |
| Page 24, Lines 3-14 | | X |
| Page 29, Lines 5-14 | | X |
| Page 32, Lines 22-23 | | X |
| Page 33, Line 25 | | X |
| Page 34, Lines 1-2 | | X |
| Page 39, Lines 18-25 | | X |
| Page 40, Lines 1-12 | | X |
| Page 41, Lines 12-22 | | X |
| Page 43, Lines 6-8 | X | |
| Page 43, Lines 19-25 | | X |
| Page 44, Lines 1-14 | | X |
| Page 47, Lines 3-13 | X | |
| Page 47, Lines 18-25 | X | |
| Page 48, Lines 1-5 | X | |
| Page 51, Lines 10-18 | | X |
| Page 60, Lines 2-16 | | X |
| Page 72, Lines 9-25 | | X |
| Page 73, Lines 1-25 | | X |
| Page 74, Lines 1-25 | | X |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 92, Lines 10-16 | | X |
| Page 92, Lines 19-25 | | X |
| Page 93, Lines 1-4 | | X |
| Page 93, Lines 6-17 | | X |
| Page 93, Lines 18-25 | X | |
| Page 94, Lines 1-6 | X | |
| Page 95, Lines 4-10 | | X |
| Page 95, Lines 16-20 | | X |
| Page 104, Lines 13-25 | | X |
| Page 105, Lines 1-20 | | X |
| Page 113, Line 25 | X | |
| Page 114, Lines 1-11 | X | |
| Page 114, Lines 13-25 | | X |
| Page 115, Lines 1-3 | | X |
| Page 115, Lines 4-18 | | X |
| Page 115, Lines 20-25 | | X |
| Page 116, Lines 1-5 | | X |
| Page 116, Lines 18-24 | | X |
| Page 121, Lines 21-25 | | X |
| Page 122, Lines 2-5 | | X |
| Page 122, Lines 24-25 | X | |
| Page 123, Lines 1-3 | X | |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 124, Lines 22-25 | | X |
| Page 125, Lines 1-12 | | X |
| Page 127, Lines 21-25 | | X |
| Page 128, Lines 1-11 | | X |
| Page 128, Lines 22-25 | | X |
| Page 129, Lines 1-4 | | X |
| Page 129, Lines 11-16 | | X |
| Page 131, Lines 4-20 | | X |
| Page 136, Lines 18-25 | X | |
| Page 138, Lines 16-24 | | X |

3. **Deposition of Steven Hull.**

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 15, Lines 23-25 | | X |
| Page 16, Lines 3-12 | | X |
| Page 17, Lines 1-25 | X | |
| Page 18, Lines 1-25 | X | |
| Page 19, Lines 1-15 | | X |
| Page 20, Lines 3-16 | | X |
| Page 21, Lines 11-25 | | X |
| Page 22, Lines 1-12 | | X |
| Page 22, Lines 16-25 | | X |
| Page 23, Lines 1-18 | | X |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 24, Lines 4-25 | | X |
| Page 25, Lines 1-22 | | X |
| Page 28, Lines 22-25 | | X |
| Page 29, Lines 1-5 | | X |
| Page 30, Lines 20-25 | | X |
| Page 35, Lines 15-18 | X | |
| Page 36, Lines 1-9 | X | |
| Page 43, Lines 12-25 | | X |
| Page 44, Lines 1-25 | | X |
| Page 45, Lines 2-9 | | X |
| Page 57, Lines 2-7 | | X |
| Page 57, Lines 8-17 | | X |
| Page 59, Lines 20-25 | | X |
| Page 60, Line 1 | | X |
| Page 60, Lines 5-25 | | X |
| Page 61, Lines 1-10 | | X |
| Page 61, Lines 13-25 | | X |
| Page 62, Lines 1-3 | | X |
| Page 62, Lines 18-25 | | X |
| Page 63, Lines 1-4 | | X |
| Page 68, Lines 13-25 | | X |
| Page 69, Lines 1-12 | | X |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 71, Lines 6-24 | | X |
| Page 72, Lines 2-18 | | X |
| Page 80, Lines 24-25 | | X |
| Page 81, Lines 1-3 | | X |
| Page 81, Lines 14-21 | | X |
| Page 85, Lines 6-10 | X | |
| Page 85, Lines 16-25 | X | |
| Page 86, Lines 1-2 | X | |
| Page 87, Lines 17-23 | | X |
| Page 88, Lines 4-16 | | X |
| Page 91, Lines 5-7 | | X |
| Page 91, Lines 13-19 | | X |
| Page 94, Lines 19-25 | X | |
| Page 95, Lines 1-23 | X | |
| Page 96, Lines 1-5 | X | |

4.  **Deposition of Joseph Todrzak.**

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 24, Line 25<br>Page 25, Lines 1-12 | X | |
| Page 27, Lines 1-25 | | X |
| Page 28, Lines 1-19 | | X |
| Page 29, Lines 4-25 | | X |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 30, Lines 1-25 | | X |
| Page 31, Lines 1-25 | | X |
| Page 32, Lines 1-18 | | X |
| Page 35, Lines 7-9 | | X |
| Page 41, Lines 2-4 | X | |
| Page 44, Lines 1-8 | | X |
| Page 50, Lines 12-13 | X | |
| Page 65, Lines 15-23 | | X |
| Page 71, Lines 4-18 | | X |
| Page 83, Lines 9-13 | | X |
| Page 83, Line 25 | | X |
| Page 84, Lines 1-3 | | X |
| Page 86, Lines 11-25 | | X |
| Page 87, Lines 1-24 | | X |
| Page 89, Lines 23-25 | X | |
| Page 90, Lines 1-25 | X | |
| Page 91, Lines 1-25 | X | |
| Page 92, Lines 1-18 | X | |
| Page 117, Lines 23-25 | X | |
| Page 118, Lines 1-9 | X | |
| Page 121, Lines 23-25 | X | |
| Page 122, Lines 1-25 | X | |

| Objection Location | Sustained | Overruled |
|---|---|---|
| Page 123, Lines 1-25 | X | |
| Page 124, Lines 1-7 | X | |
| Page 124, Lines 15-22 | X | |
| Page 126, Lines 2-14 | X | |
| Page 127, Lines 6-25 | X | |
| Page 128, Lines 1-5 | X | |
| Page 142, Lines 17-19 | | X |
| Page 143, Lines 4-10 | | X |
| Page 143, Lines 17-25 | | X |
| Page 152, Lines 24-25 | | X |
| Page 153, Lines 1-2 | | X |
| Page 157, Lines 8-14 | | X |
| Page 158, Lines 2-9 | | X |
| Page 159, Lines 7-14 | | X |

Attorney objections or questions will not be read without prior approval of the Court.

Dated this 30th day of November, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge