The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARKON RESOURCES, INC., <br><br> Defendant. | No. C15-1553-JPD <br><br> ORDER DIRECTING ARKON TO DESTROY THE INFRINGING PRODUCTS IN USUAL AND CUSTOMARY MANNER OF DISPOSING OF TRASH |

This matter comes before the Court on National Products, Inc. ("NPI")'s May 3, 2018 Notice Regarding the Parties' Meet-and-Confer About the Destruction Process, Dkt. 232, and defendant Arkon Resources, Inc.'s ("Arkon") May 4, 2018 response, Dkt. 233. Specifically, NPI asserts that the parties have been unable to reach an agreement regarding the proper method and manner of destruction of the infringing products per the Court's destruction order. Dkt. 232. Arkon asks the Court to stay the destruction order pending the resolution of its appeals, or alternatively, that it "be allowed to dispose of the products in its usual and customary trash at the time of pickup and that Arkon document the disposal such as through video." Dkt. 233.

Arkon's request for a stay of the Court's destruction order, Dkt. 255, is DENIED. Arkon shall dispose of the leftover infringing inventory in its usual and customary method of disposing of trash within **10 days of the date of this Order**. If NPI wishes to observe the disposal process, counsel for NPI may choose to be present to witness such disposal.

ORDER - 1

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 31st day of May, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2